# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                                    Case No. 13−33111
Chapter 13

Rayfield Parks,

    Debtor.

## NOTICE OF FINAL REQUIREMENTS NECESSARY FOR DISCHARGE

The trustee has filed a Notice of Completion of Plan Payments in the above−referenced case. For the case to be discharged, the following must be filed within 30 days of this notice or the case will be closed without discharge.

☐ **Certificate of Completion of Financial Management Course by Debtor.** In a joint case, each spouse must file a certificate. Should the debtor be entitled to a waiver of this requirement, the debtor must file a Motion for Waiver of Financial Management Course Requirement and receive an order granting the motion. The certificate(s) or order granting a waiver must be filed before filing a motion for entry of discharge.

☑ **Motion for Entry of Discharge Under § 1328(a).** The motion must substantially conform to Local Form 6a and include all certifications required pursuant to Local Rule 4004−1(a). If the debtor(s) is unable to make all required Local Rule 4004−1(a) certifications, the debtor(s) must request a hearing for the Court to determine if a discharge is applicable pursuant to 11 U.S.C. § 1328(a).

Note: A motion to reopen case will be required for the debtor to receive a discharge after the case has been closed.

Dated May 7, 2018

*Juan−Carl Guerro*

Juan−Carlos Guerrero
Clerk of Court

In re:                                                                                                                 Case No. 13-33111-WRS
Rayfield Parks                                                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 1127-2        User: kcopeland           Page 1 of 1                Date Rcvd: May 07, 2018
                            Form ID: nfrndc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.
db           +Rayfield Parks,   5642 Carriage Brook Road,   Montgomery, AL 36116-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2018 at the address(es) listed below:
              Bankruptcy Administrator   ba@almb.uscourts.gov
              John Rafferty   on behalf of Creditor   DITECH FINANCIAL LLC john.rafferty@bonialpc.com
              Leonard N. Math   on behalf of Creditor   MAX CREDIT UNION noticesmd@chambless-math.com
              Michael W Lindsey   on behalf of Creditor   CItiMortgage, Inc. mlindsey@jandllawfirm.com,
               eeberhardt@jandllawfirm.com
              Richard D. Shinbaum   on behalf of Debtor Rayfield  Parks rshinbaum@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com
              Sabrina L. McKinney   trustees_office@ch13mdal.com
                                                                                                                   TOTAL: 6